Filed: July 3, 2024

# UNITED STATES COURT OF APPEALS
# FOR THE FOURTH CIRCUIT

_____

SUPPLEMENTAL BRIEFING ORDER

_____

No. 23-1157,   Wheeling Power Company - Mitchell Plant v. Local 492 Utility Workers Union of America AFL-CIO
5:22-cv-00229-JPB

The court directs supplemental briefing as follows:

Supplemental opening brief due: 07/24/2024

Supplemental response brief due: 08/14/2024

Supplemental reply brief permitted within 10 days of service of supplemental response brief.

The briefs and any supplemental appendix must conform to the **Fourth Circuit Brief & Appendix Requirements** and the **Appendix Pagination & Brief Citation Guide** (available as links from this order and at **www.ca4.uscourts.gov**).

/s/ NWAMAKA ANOWI, CLERK
By: Anisha Walker, Deputy Clerk